**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1122**

ANTHONY WAYNE SEDA,

             Plaintiff - Appellant,

      v.

CAROLYN W. COLVIN,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:16-cv-03949-ELH)

Submitted:  April 17, 2018                    Decided:  April 20, 2018

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Wayne Seda, Appellant Pro Se.  Kelly Marie Marzullo, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wayne Seda appeals the district court's order granting summary judgment to Defendant and dismissing Seda's employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Seda v. Colvin*, No. 1:16-cv-03949-ELH (D. Md. Jan. 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*